Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Living man
William King Brookins IV  HJR 192  UCC 1-308
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-   Ann Coffin
Ron DeSantis   Jim Zingale
                Jimmy Patronis
Lawrence P. Stevenson    individually and
in their official capacities with the State of
Defendant(s)    Florida

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.  3:23-cv-1078-MMH-MCR
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: William King Brookins IV  HJR 192  UCC 1-308
   Street Address: 11050 Harts Rd 707
   City and County: Jacksonville, Fl    Duval
   State and Zip Code: Florida  32218
   Telephone Number: 904-267-5906
   E-mail Address: Kingbrookins2550@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Ron DeSantis
- Job or Title (if known): Govenor
- Street Address: 400 S. Monroe St
- City and County: Tallahasse, Leon
- State and Zip Code: Florida 32399-0001
- Telephone Number: 850-717-9337
- E-mail Address (if known): RonDeSantis.OpenGov@eog.myflorida.com

Defendant No. 2
- Name: Lawrence P. Stevenson
- Job or Title (if known): Administrative Law Judge / Hearing Officer
- Street Address: 1230 Apalachee Pkwy
- City and County: Tallahasse, Leon
- State and Zip Code: Florida 32301-3060
- Telephone Number: 850-488-9675
- E-mail Address (if known): larry.stevenson@doah.state.fl.us

Defendant No. 3
- Name: Ann Coffin
- Job or Title (if known): Child Support Program Director
- Street Address: 325 John Knox Rd Bldg 300
- City and County: Tallahasse, Leon
- State and Zip Code: Florida 32303
- Telephone Number: 850-488-5437
- E-mail Address (if known):

Defendant No. 4
- Name: Jim Zingale
- Job or Title (if known): Executive Director
- Street Address: 325 John Knox Rd Bldg 300
- City and County: Tallahasse, Leon
- State and Zip Code: Florida 32303
- Telephone Number: 850-488-5437
- E-mail Address (if known):

Name: Jimmy Patronis
Job title: CFO of Florida
Street Address: 610 East Burgress Rd
City and County: Pensacola    Escambia
State and Zip: Florida    32504

Telephone Number: 850-453-7844

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 14th amendment, 31 U.S.C 3729-3733, 18 U.S.C 1001, 18 U.S.C 1028

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s) Non-citizen State national as a living breathing Soul

   a. If the plaintiff is an individual
   The plaintiff, *(name)* William King Brakins  HSR 1972 UCC 1-308, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Ron Desantis, is a citizen of the State of *(name)* District of Colombia. Or is a citizen of *(foreign nation)* United States.

3. a. If the defendant is an individual

The Defendant, (name) Lawrence P. Stevenson, is a citizen of the State of (name) District of Colombia or is a citizen of (foreign nation) United States

4. a. If the Defendant is an individual

The Defendant, (name) Ann Coffin is a citizen of the State of (name) District of Colombia or is a citizen of (foreign nation) United States

5. a. If the Defendant is an individual

The defendant, (name) Jim Zingale is a citizen of the State of (name) District of Colombia or is a citizen of (foreign nation) United States

6. a. If the Defendant is an individual

The defendant, (name) Jimmy Patronis is a citizen of the State of (name) District of Colombia or is a citizen of (foreign nation) United States

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* __N/A__, and has its principal place of business in the State of *(name)* __N/A__. Or is incorporated under the laws of *(foreign nation)* __N/A__, and has its principal place of business in *(name)* __N/A__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: I am entitled to $76,000 for the violation of my 14th Amendment Constitunal right

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I the Plantiff the live breathing Soul man is entitled to damages because the defendants violated my Constitutional rights, caused me financial hardship, Conflictions between Child and both parents, caused depression

                                                    see attachments

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The damages I ask the Court to order is Judgement in my favor the relief soughts is to dismiss the Fraudulent Contract that was never Consented on. And to also award me for the damages caused by the defendants on my life. No man shall be deprived of God given rights

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/13/2023

Signature of Plaintiff: William King Brookict Iv  HJR 192 UCC 1-308
Printed Name of Plaintiff: William King Brookins Iv  UCC 1-308 HJR 192

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____